UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    Case No. 7:23cv00209 |
| | ) |
| KARL KUHN, *ET AL.*, | ) |
| | ) |
|     Defendants. | ) |

## PLAINTIFF'S NOTICE OF DISMISSAL OF ROBERT LINEBURG PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(1)(A)(i)

ON THIS DAY came John Doe, by counsel, and moved to dismiss Robert Lineburg as a Defendant pursuant to Federal Rule of Civil Procedure 41(1)(A)(i).

This matter shall continue as to any and all claims that Plaintiff has against Karl Kuhn.

Dated: May 8, 2023.

Respectfully Submitted,

JOHN DOE

By: /s/ *signature*
Of Counsel

Robert E. Dean, Esq. (VSB No. 80288)
Benjamin F. Sharpe, Esq. (VSB No. 90170)
ROB DEAN LAW
401 Campbell Ave., Ste. 302
Roanoke, Virginia 24016
Phone: (540) 585-1776
Fax:    (540) 301-0833
Email:  rob@robdeanlaw.com

*Counsel for Plaintiff*