IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JORDAN PEYTON,** | ) |
| | ) |
|    Plaintiff, | ) Case No. 7:23-cv-209 |
| | ) |
| v. | ) By:   Michael F. Urbanski |
| | ) Chief United States District Judge |
| **KARL KUHN,** | ) |
| | ) |
|    Defendant. | ) |

## ORDER

In accordance with the court's Order denying plaintiff Jordan Peyton ("Peyton")'s motion to proceed under a pseudonym, ECF No. 16, Peyton filed an Amended Complaint including his true name on July 30, 2023. ECF No. 17. Therefore, Defendant's Motion to Dismiss, ECF No. 6, is **DENIED** as moot.

Entered: August 11, 2023

*[Digitally signed by Michael F. Urbanski, Chief U.S. District Judge. Date: 2023.08.11 12:29:26 -04'00']*

Michael F. Urbanski
Chief United States District Judge