IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JORDAN PEYTON,** | ) |
| | ) |
| Plaintiff, | ) Case No. 7:23-cv-209 |
| | ) |
| v. | ) By:   Michael F. Urbanski |
| | ) Chief United States District Judge |
| **KARL KUHN,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Following a status conference on September 15, 2023, the court **ORDERS** as follows:

1. Plaintiff's counsel Benjamin Sharpe's oral motion to withdraw is **GRANTED**;

2. Within thirty (30) days of this Order, plaintiff Jordan Peyton is **ORDERED** to either (1) retain new counsel and have that counsel enter a notice of appearance or (2) notify the court regarding whether he wishes to proceed with this case on a pro se basis. If Peyton intends to proceed pro se, his notice to the court must include his contact information;

3. All pretrial deadlines are **SUSPENDED** pending the resolution of Peyton's representation; and

4. The Clerk is **DIRECTED** to set a pretrial status conference in this case after the thirty-day deadline.

It is **SO ORDERED**.

Entered: September 15, 2023

*[Signature]*
Digitally signed by Michael F. Urbanski   Chief U.S. District Judge
Date: 2023.09.15 10:41:33 -04'00'

Michael F. Urbanski
Chief United States District Judge