IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JORDAN PEYTON,** | ) |
| | ) |
| Plaintiff, | ) Case No. 7:23-cv-209 |
| | ) |
| v. | ) By:  Michael F. Urbanski |
| | ) Chief United States District Judge |
| **KARL KUHN,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

On September 15, 2023, the court suspended pretrial deadlines pending resolution of the issue of plaintiff Jordan Peyton's representation. ECF No. 24. On October 17 and 18, 2023, Benjamin North, Lindsay McKasson, and Aaron Houchens all entered appearances on Peyton's behalf. ECF Nos. 26–28.

As the issue of Peyton's representation is now resolved, the court **REINSTATES** the pretrial deadlines. If the parties wish to amend the Scheduling Order, ECF No. 12, they may request to do so by filing a proposed order.

Peyton is **ORDERED** to respond to defendant Karl Kuhn's motion to dismiss, ECF No. 18, within fourteen (14) days of this Order.

It is **SO ORDERED**.

Entered: October 26, 2023

*Digitally signed by Michael F. Urbanski   Chief U.S. District Judge*
*Date: 2023.10.26 16:13:26 -04'00'*

Michael F. Urbanski
Chief United States District Judge

1