IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JORDAN PEYTON,** | ) |
| | ) |
| Plaintiff, | ) Case No. 7:23-cv-209 |
| | ) |
| v. | ) By:   Michael F. Urbanski |
| | ) Chief United States District Judge |
| **KARL KUHN,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, defendant Karl Kuhn's Motion to Dismiss, ECF No. 18, is **DENIED**.

It is **SO ORDERED**.

Entered: December 1, 2023

*Digitally signed by Michael F. Urbanski   Chief U.S. District Judge*
*Date: 2023.12.01 14:34:47 -05'00'*

Michael F. Urbanski
Chief United States District Judge