UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | | |
|---|---|---|
| JORDAN PEYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:23-cv-00209-MFU |
| | ) | |
| | ) | |
| KARL KUHN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PROPOSED ORDER TO AMEND SCHEDULING ORDER

The Parties, by their respective counsel, and pursuant to this Court's October 27, 2023 Order (Doc. 29), respectfully submit this proposed order to amend the scheduling order's trial date (Doc. 12). Both Parties are working cooperatively to resolve discovery disputes and complete thorough discovery, but the Parties require more time to complete the discovery process.

Both parties agree to the following amendment:

| | |
|---|---|
| **TRIAL DATES** | A date available to the Court in September 2025 or later |
| DEADLINE TO COMPLETE DISCOVERY | 90 days before trial date |
| DEADLINE TO FILE DISPOSITIVE MOTIONS | 75 days before trial date |
| DEADLINE FOR HEARING DISPOSITIVE MOTIONS | 45 days before trial date |
| DEADLINE FOR HEARING MOTIONS IN LIMINE | 14 days before trial date |

Dated: January 1, 2025                                              Respectfully submitted,

| */s/ Benjamin F. North* | /s/ *Jim H. Guynn* |
|---|---|
| Benjamin F. North, VSB No. 97439 | Jim H. Guynn, Jr. (VSB No. 22299) |
| Lindsay R. McKasson, VSB No. 96074 | Matthew J. Schmitt (VSB No. 96513) |
| Jared J. Roberts, VSB No. 97192 | GUYNN WADDELL, P.C. |
| BINNALL LAW GROUP, PLLC | 415 S. College Avenue |
| 717 King Street, Suite 200 | Salem, Virginia 24153 |
| Alexandria, Virginia 22314 | JimG@guynnwaddell.com |
| Phone: (703) 888-1943 | MattS@guynnwaddell.com |
| ben@binnall.com | |
| lindsay@binnall.com | *Counsel for Defendant* |
| jared@binnall.com | |
| | |
| Aaron B. Houchens, VSB No. 80489 | |
| AARON B. HOUCHENS, P.C. | |
| 111 East Main Street | |
| P.O. Box 1250 | |
| Salem, Virginia 24153 | |
| Phone: 540-389-4498 | |
| aaron@houchenslaw.com | |
| | |
| *Counsel for Plaintiff* | |