IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
November 18, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Erica Jones
     DEPUTY CLERK

| | |
|---|---|
| **JORDAN PEYTON,** | ) |
| Plaintiff, | ) Case No. 7:23-cv-209 |
| v. | ) By:   Michael F. Urbanski |
| | ) Senior United States District Judge |
| **KARL KUHN,** | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on Plaintiff's Motion to Restrict Access to Case Participants, ECF No. 52. In this motion, plaintiff asks that eight exhibits to the Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, ECF No. 51, be restricted to case participants only.

The court has reviewed the eight exhibits which are the subject of this motion and finds that good cause exists to restrict access to Exhibits D, E, K, and L. Given the public's right of access to the decision making of the court under both the common law and First Amendment, the court discerns no basis upon which to restrict access to Exhibits G, H, J, and M.

Accordingly, the motion to restrict access to case participants only is **GRANTED** as to Exhibits D, E, K, and L and **DENIED** as to Exhibits to G, H, J, and M of ECF No. 51.

The restriction to case participants only as to Exhibits D, E, K, and L shall remain in effect until further Order of the court.

It is so **ORDERED**.

Entered: November 17, 2025

*[signature]*
Michael F. Urbanski
U.S. District Judge
2025.11.17 11:51:02
-05'00'

Michael F. Urbanski
Senior United States District Judge