CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

January 06, 2026

LAURA A. AUSTIN, CLERK
BY  KRISTIN AYERSMAN
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JORDAN PEYTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 7:23-cv-209 |
| **KARL KUHN,** | ) |
| | ) By:   Michael F. Urbanski |
| Defendant. | ) Senior United States District Judge |
| | ) |
| | ) |

## ORDER

This matter is before the court on defendant Karl Kuhn's motion for summary judgment, ECF No. 46, and plaintiff Jordan Peyton's motion to amend, ECF No. 56.

Kuhn's motion for summary judgment, ECF No. 46, is **GRANTED in PART** and **DENIED in PART**. Peyton's claim for damages against Kuhn in Kuhn's official capacity is barred by sovereign immunity. Peyton's claim for prospective injunctive relief against Kuhn in Kuhn's official capacity is moot as Kuhn is no longer at Radford University and Peyton completed his college baseball career without loss of eligibility. Kuhn's argument that summary judgment should be granted in his favor on the merits of the First Amendment retaliation claim is **DENIED** as genuine issues of material fact exist as to the existence of retaliatory motive and causation.

Peyton's motion for leave to amend to proceed against Kuhn in his personal capacity is **GRANTED**. While the Amended Complaint, ECF No. 17, states in the caption and in paragraph 10 that Kuhn acted in his official capacity as the head coach of the Radford

University baseball team, the prayer for relief seeks monetary damages unavailable in a suit brought only against Kuhn in his official capacity. Because of this inherent confusion in the pleadings and the provision of Federal Rule of Civil Procedure 15(a)(2) that leave to amend should be freely given when justice so requires, Peyton's motion for leave to amend is **GRANTED** to allow this case to proceed against Kuhn in his personal capacity for monetary damages only.

It is so **ORDERED**.

Entered: January 6, 2025

Michael F. Urbanski
U.S. District Judge
2026.01.06 10:24:47
-05'00'

Michael F. Urbanski
Senior United States District Judge