IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

April 06, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ T. Costa
DEPUTY CLERK

JORDAN PEYTON,                          )
                                        )
        Plaintiff,                      )    Case No. 7:23-cv-209
                                        )
v.                                      )    By:   Michael F. Urbanski
                                        )    Senior United States District Judge
KARL KUHN,                              )
                                        )
        Defendant.                      )
                                        )

## ORDER

Before the court is the Plaintiff Jordan Peyton's Motion for Referral to Mediation, ECF No. 84. For the reasons set forth in the Motion, for good cause shown, and in the interest of justice, the Motion is granted, and this case is referred to the Honorable C. Kailani Memmer pursuant to W.D. Va. Civ. R. 83(c) for the purposes of conducting a mediation.

The parties are directed to contact the court within 10 days of the entry of this order to schedule a mediation.

It is **SO ORDERED**.

Entered: April 6, 2026

Michael F. Urbanski
Senior United States District Judge