IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JORDAN PEYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:23CV00209 |
| | ) | |
| KARL KUHN, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jordan Peyton and Defendant Karl Kuhn stipulate to the voluntary dismissal with prejudice of any and all counts and claims against Defendant Karl Kuhn as set forth in the Amended Complaint, with all parties to bear their own attorneys' fees, costs, and expenses associated with any and all such counts and claims.

A proposed dismissal order is attached for the Court's consideration.

JORDAN PEYTON

By: /s/ Aaron B. Houchens
Aaron B. Houchens (VSB #80489)
Aaron B. Houchens, P.C.
111 East Main Street
Salem, Virginia 24153
Tel: 540-389-4498
Email: aaron@houchenslaw.com
*Counsel for Plaintiff Jordan Peyton*

and

By: /s/ Jared J. Roberts
Jared J. Roberts (VSB #97192)
Jason Caldwell Greaves (VSB #86164)
Parker Allen Bowman (VSB #100389)
Lindsay R. McKasson (VSB #96074)
Binnall Law Group
717 King St, Suite 300
Alexandria, Virginia 20003
Email: jared@binnall.com
jason@binnall.com
parker@binnall.com
lindsay@binnall.com
*Counsel for Plaintiff Jordan Peyton*

KARL KUHN

By: /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB No. 22299
GUYNN WADDELL, PC
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email: JimG@guynnwaddell.com
*Counsel for Defendant Karl Kuhn*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Aaron B. Houchens (VSB #80489)
AARON B. HOUCHENS, P.C.
111 East Main Street
Salem, Virginia 24153
Tel: 540-389-4498
Email: aaron@houchenslaw.com
*Counsel for Plaintiff Jordan Peyton*

Jared J. Roberts (VSB #97192)
Jason Caldwell Greaves (VSB #86164)
Parker Allen Bowman (VSB #100389)
Lindsay R. McKasson (VSB #96074)
BINNALL LAW GROUP
717 King St, Suite 300
Alexandria, Virginia 20003
Email: jared@binnall.com
jason@binnall.com
parker@binnall.com
lindsay@binnall.com
*Counsel for Plaintiff Jordan Peyton*

/s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr.